In the United States of
America Newcastle County



Michael E. Yost

v.

Raphael Williams
Warden H.R.Y.C.I

Civil Action NO: 07-838

FILED
2007 DEC 21 PM 1:49
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Petition For Writ of Habeas Corpus

Michael E Yost Herewith request that this Honorable court issue a Writ of Habeas Corpus to Raphael Williams Warden of H.R.Y.C.I to test the validity of his continued incarceration. Herewith Michael Yost asserts the following as Facts and ground supporting my cause

## Jurisdiction

The Federal court has Jurisdiction to issue Writ of Habeas Corpus pursuant to 10 Del.C ss 6902

Michael Yost is currently incarcerated at the H.R.Y.C.I 1301 East 12th street Wilmington Delaware 19809

Raphael Williams is Warden and custodian of the Petitioners detention

State of Facts

Oct 2006 to Feb. 2nd 2007 I was detain at level 5 until accept a plea. 3 years suspended For 6 month level 4 Homeconfinement Hold at level 3 For level 4 For Burglary 3rd. by Judge Mary Johnston

Feb 3rd 07 Release From level 5 to level 3 awaiting level 4 Home confinement, Probation officer John Moyer.

March 6th 2007 Violated HomeConfinement, Missed appointment New Charge: Theft Motor V. case IN07032019

March 22nd 2007 Sentence Violation of Probation. 3 years suspended For 90 days level 5 For 6 month level 4 Homeconfinement hold at level 5 For level 4. By Judge Mary Johnston

June 4th 2007 I max out level 5 90 days
June 4th 2007 Release to Homeconfinement, Plummer Center John Moyer Probation office
June 21st Was return to level 5 For a capias For case IN07032019 Motor theft Failure to appear.

Which was original pending charge From Violation

Never Violated level 4 by court or Probation served sentence in community June 4 till 21st of June still serving as of Now.

Sentence 8-16-07 By Jan Jurden For pending case of Motor Theft IN07032019 2 year suspended For 6 month level 5 For 12 month level 3. Release Dec. 8th 2007

Department of Correction Reimposed case VN06090873l- Hold at level 5 For level 4 Home Confinement

I was already serving this sentence VN06090873 when brought into custody Never violated D.O.C Refuses to contact court, or probation and parole to seek relief of this matter.

reimposing a sentence which I already started and never completed is not within DOC Jurisdiction proceeding. Without a new and correct sentence order By A Judge.

Department of Correction H.R.Y.C.I Has no rights to start this sentence over, or to hold me at level 5 For this sentence with out Judges order new and correct VN06090873l-01

Being I started serving this sentence in the community and then brought back in custody, should have warrant modified, or a violation of probation, or credit time.

Double Jeopardy
U.S. Constitution Fifth Amendment
Nor should any person be subject for same offense to be twice put in Jeopardy of life, liberty without due process.

Delaware Constitution Art. 1 § 8
State vs. Norris 45 Del. 333 73 A.2d 790 ct Gen Sess 1950)
Vincent v. State 256 A.2d 268 (Del. Sup ct 1969)

The state is solely against multiple prosecution of same offense "arising out of the criminal act.

statement of claim

A writ of Habeas Corpus is extraordinary remedy issuable by trial court to inquire into legality of person detain or under restraint of their liberty IN Interest of stevens 652 A2d 18. 1995 purpose of writ of Habeas corpus is to benefit prisoners and writ is designed to accomplish speedy inquiry into allegedly unlawful detention through summary judicial proceeding Del c. ss 6901

My detention is illegal because I already served the sentence, Now D.O.C. Reimposed this same sentence. which VN06090873I-01. was consider incomplete apond arrival at level 5 June 21st 2007

Relief Sought That this writ be issued upon the Warden of H.R.Y.C.I Requiring him to produce the body of the defendant petitioner before a Judge of Federal Court NewCastle County together with the alleged grounds and cause of this detention so that the constitutionality and legality of this confinement and detention may be inquired into respect to law of the state of Delaware and such other rights guaranteed by the constitution of Delaware and united states upon Deficiency defant prays for his immediate release from custody.

Date: 12-20-07

Respectfully Michael Yost
SBI 323984
H.R.Y.C.I

Michael Yost
323984
1301 East 12th St
Wilmington Delaware 19809

WILMINGTON DE 197
20 DEC 2007 PM
USA 41

Federal Court Building
Clerk of Court
844 N. King St Lockbox #18
Wilmington Delaware
19801

Legal Mail