

U.S District Court
District of Delaware

Case # Michael Yost
SBI 323984
        V
Williams et al

Case # 1:07 CV-838 SLR

Date, Jan 4th 2008

To Honorable Sue L. Robinson

Here's other documents Filed with initials.

4 pages.

FILED
JAN -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(SLR) ①

orginal sentence by Honorable Mary Johnston
↓
Case # 0608025346, Burglary 3rd

3 years suspended for <u>6 month level 4 hold at level 3 for level 4</u> Sentence date 2-1-07
Release 2-2-07

violated level 4 March 12th 07 Administrative Warrant
Sentence March 22nd 2007 by Mary Johnston
Violation of Probation.
VN 06090873 01
violation Portion 3 years suspended for 90 days level 5 for 6 month of <u>level 4 Homeconfinement hold at level 5 for level 4</u>

June 4th 2007 I was release by Department of Correction to wrong sentence order instead of violation portion, I was release to orginal order hold at level 3 to level 4, when I should Have Never been, I should of been held at level 5 for level 4.

June 4th — 21st of 2007 I was in the community. Brought back because of Mistake and pending charge. Upon arrest pick up 3 more misdeamnor charges

SLR ②

① which Deem H.R.Y.C.I one to Modified or vacate this sentence, Not start it over, without Judges order.

② Due Process while on probation when your Found guilty of a offence you should be violated by law, I was Found guilty of misdeamnor charges,

Not which show if the court, or H.R.Y.C.I, or probation and parole, didn't do the right thing by violating me, I would Not be doing this sentence, which is in valid

once Release from ~~Departmentof~~ correction to level 3 or level 4, sentence should of been corrected, by Judges order,

~~~~ Exhibit A, B
status sheet showing I was released
in June 4th 2007 — 21st 2007

This is a illegal sentence.

EX.(A)   (SLR)

# Offender Status Sheet

Date: 01/02/2008

| SBI #: | 00323984 | Name: | MICHAEL E YOST | Sex: | M | |
|---|---|---|---|---|---|---|
| Location(s): | HRYCI | Level(s): | 4 | Race: WHITE | DOB: 02/13/1981 | Sex Offender: [ ] |
| AKA: | MIGUEL TORRES; POPPI LOCO; POPPI YOST; MICHAEL J YOST; MICHAEL E YOST | | | | | |
| Offender Type: | Sentenced | | | Officer(s): | | |

## Level: 4

Start Date: 11/21/2007   MED: 05/20/2008   STRD: 05/08/2008   ADJ: 05/08/2008   PED:   Statutory Days Earned:

| CASE#/ Court/Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y M D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|
| 0608025346 U7 | VN0609087301 Mary M Johnston | VIOL O/PROBATN STANDARD 02/01/2007 10/15/2006 | Current | 6 0 | 11/21/2007 | 05/20/2008 | 05/08/2008 | 05/08/2008 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0609087301 | 4 | CRT1 | Other Conditions: | THIS IS THE LEVEL 4 PORTION OF YOUR SENTENCE: TO SERVE 6 MOS LVL 4 HOME CONFINEMENT. LVL 4 HOLD AT 5. AA |
| | | | | CREDIT GIVEN FOR TIME PREV SERVED FROM 06/04/07 THRU 06/21/07 AA |

↑ This was time I was released by Accident.

Now I'm being penalize for there Mistake, The 90 day I did before release I was waiting For level 4, Now I just finish another six Month and 45 days More day waiting for Home confinement and still Not released.

H.R.Y.C.I refuses to contact court and put Modificatio. IN.

Ex(B)

(SLR)

## Offender Status Sheet

Date: 12/21/2007

| SBI #: | 00323984 | Name: | MICHAEL E YOST | | Sex: M | |
|---|---|---|---|---|---|---|
| Location(s): | HRYCI | Level(s): 4 | Race: WHITE | | DOB: 02/13/1981 | Sex Offender: [ ] |
| AKA: | MIGUEL TORRES; POPPI LOCO; POPPI YOST; MICHAEL J YOST; MICHAEL E YOST | | | | | |
| Offender Type: | Sentenced | | Officer(s): | | | |

Level: 4

Start Date: 12/08/2007   MED: 06/07/2008   STRD: 05/26/2008   ADJ: 05/26/2008   PED:   Statutory Days Earned: 12

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y / M / D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|
| 0608025346 U7 | VN0609087301 Mary M Johnston | VIOL O/PROBATN STANDARD  02/01/2007 | Current 10/15/2006 | 6 / 0 / | 12/08/2007 | 06/07/2008 | 05/26/2008 | 05/26/2008 | |

Special Conditions:

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0609087301 | 4 | CRT1 | Other Conditions: | THIS IS THE LEVEL 4 PORTION OF YOUR SENTENCE: TO SERVE 6 MOS LVL 4 HOME CONFINEMENT. LVL 4 HOLD AT 5. AA |

---

How come you are not complaining about the 17 days that you served on it before coming in. That should be credited from the beginning of 12/8/07

~~Also you won't get 12 days good time off of it when they fix it.~~ (Sorry wrong)

~~You get no good time on H/C sentences~~

Johnson



Michael Yost Jr.
SBI 333984
P.O. Box 9561
Wilmington, Delaware
19809
1A2

Legal Mail

U.S. District Court Boggs Federal Building
844 King Street Lock Box 18
Wilmington Delaware
19801
(SLR)