

U.S. District Court
District of Delaware

Case Name Yost v. Williams et al
Case # 1:07-cv-838 SLR




Jan. 10th 2008

TO Judge Sue L. Robinson

extra Exhibit

I've also have a Habeas Filed again under case 0608025346, VN0609087301 And a Motion For reduction of sentence still pending, the is past due For ruling by Judge Mary Johnston.

Habeas Filed again Dec. 27th 2007

Motion For Reduction Filed Dec. 5th 2007

Exhibit c (SLR)

As To Case # 0608025346 I issued a writ of Habeas Corpus to Superior Court on the above case Number.

They claim I Filed under 0703011254. which I didnt, In Fact the Superior Court only look at the sentence I was serving per Judge Jan Jurden

Now if you see on 12-12-07 Jan Jurden denied A Habeas, what Habeas was was pending December 12-12-07

In Fact the court Just look up my previous order which was case # 0703011254

And Not what case I Filed under, ask court to see the Habeas, 12-12-07

upon return 6-4-07, I was on level 4 I Was pending above case 0703011254 And pick up 3 charge upon Arrest

The First step should of been a Violation of Probation. or sentencing Judge should of reorder sentence

Exhibit C

**Johnson Rod (DOC)**

(SLR)

**From:** Johnson Rod (DOC)
**Sent:** Friday, December 21, 2007 6:34 AM
**To:** Ruebeck Janice (Courts)
**Subject:** RE: Michael Yost SBI# 323984 Case #0608025346

Sorry, my mistake, he used the wrong case #, he was serving a valid 6 months level 5 sentence in reference to 0703011254, he should have use the 0608025346 for a previous level 4 sentence that he was serving when he was returned to level 5 custody due to the new case # as to why he was complaining.

He has not received a copy of that denial yet though, maybe he will later.

As always appreciate you help, hope you have a Very Merry Christmas.

This shows I was released I was return with out proper due process

---

**From:** Ruebeck Janice (Courts)
**Sent:** Thursday, December 20, 2007 3:27 PM
**To:** Johnson Rod (DOC)
**Subject:** RE: Michael Yost SBI# 323984 Case #0608025346

Ok, he filed a Habeas, but not on this case # that you're referring to. He filed a Habeas on 0703011254. Judge Jurden Denied that on 12/12/07.

why would I File under this I been released since 11-21-07

*Janice Ruebeck*
Case Processing Supervisor
NCC Prothonotary's Office
ph. 302.255.0701
fx. 302.255.2265

---

**From:** Johnson Rod (DOC)
**Sent:** Thursday, December 20, 2007 2:52 PM
**To:** Ruebeck Janice (Courts)
**Subject:** RE: Michael Yost SBI# 323984 Case #0608025346

Janice, thanks for the reply, but Cathy in records says she did respond to one on 12/12/07, and even the Plummer Ctr has the ability to look in JIC and apparently sees a habeas that is still pending.

Want to recheck?

The Habeas pending was in Fact case #0608025346 There never was a Habeas under 0703011254

---

**From:** Ruebeck Janice (Courts)
**Sent:** Thursday, December 20, 2007 9:51 AM
**To:** Johnson Rod (DOC)
**Subject:** RE: Michael Yost SBI# 323984 Case #0608025346

Hi, Rod.

I have not received and Habeas, but it looks like he filed a Motion for Modification of Sentence on 12/05/07. That hasn't been ruled on yet.

*Janice Ruebeck*
Case Processing Supervisor

No Adminstravetive Warrant issue upon return on 0608025346

Exhibit D (SLR)

# Offender Status Sheet

**Date:** 10/16/2007

**SBI #:** 00323984 **Name:** MICHAEL E YOST **Sex:** M

**Location(s):** HRYCI **Level(s):** 5 **Race:** WHITE **DOB:** 02/13/1981 **Sex Offender:** []

**AKA:** MIGUEL TORRES; POPPI LOCO; POPPI YOST; MICHAEL J YOST; MICHAEL E YOST

**Offender Type:** Sentenced **Officer(s):**

**Level:** 5

**Start Date:** 06/21/2007 **MED:** 12/20/2007 **STRD:** 12/08/2007 **ADJ:** 12/08/2007 **PED:** **Statutory Days Earned:** 12.00

| CASE#/ Court Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0703011254<br>U7 | IN07032019<br>Jan R Jurden | THEFT MV<br>STANDARD 08/16/2007 | Current<br>06/21/2007 | | 6 | 0 | 06/21/2007 | 12/20/2007 | 12/08/2007 | 12/08/2007 | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN07032019 | 5 | CRT1 | Other Conditions: | TO BE IMPRISONED FOR 2YRS LVL 5, SUSP AFTER 6 MOS, FOR 12 MOS LVL 3<br>AA |

Exhibit D (SLR)

# Offender Status Sheet

**Date:** 12/31/2007

**SBI #:** 00323984 **Name:** MICHAEL E YOST **Sex:** M

**Location(s):** HRYCI **Level(s):** 4 **Race:** WHITE **DOB:** 02/13/1981 **Sex Offender:** []

**AKA:** MIGUEL TORRES; POPPI LOCO; POPPI YOST; MICHAEL J YOST; MICHAEL E YOST

**Offender Type:** Sentenced **Officer(s):**

**Level: 4**

**Start Date:** 11/21/2007 **MED:** 05/20/2008 **STRD:** 05/08/2008 **ADJ:** 05/08/2008 **PED:** **Statutory Days Earned:**

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | Length M | Length D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0608025346 | VN0609087301 | VIOL O/PROBATN | Current | | 6 | 0 | 11/21/2007 | 05/20/2008 | 05/08/2008 | 05/08/2008 | | |
| U7 | Mary M Johnston | STANDARD 02/01/2007 | 10/15/2006 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0609087301 | 4 | CRT1 | Other Conditions: | THIS IS THE LEVEL 4 PORTION OF YOUR SENTENCE: TO SERVE 6 MOS LVL 4 HOME CONFINEMENT. LVL 4 HOLD AT 5. AA<br><br>CREDIT GIVEN FOR TIME PREV SERVED FROM 06/04/07 THRU 06/21/07 AA |



Michael Yost
P.O. Box 9561
Wilmington Delaware 19809
SBI # 323984
1 A 2

WILMINGTON DE 197
10 JAN 2008 PM 2 L

USA 41

U.S. District Court Boggs Federal Building
844 King Street Lock Box 18
Wilmington Delaware 19801

Special Day

Legal Mail

19801+3519

(SLR)