D.I. #_____

# CIVIL ACTION
# NUMBER: 07CV 838 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Article Number: 7007 2680 0003 3006 5942 | |
| Postage | $ 1.65 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |
| Postmark: RODNEY SQ STA, JAN 31 2008, WILMINGTON DE 19801 | |
| Sent To | LOREN MEYERS |
| Street, Apt. No.; or PO Box No. | DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE |
| City, State, ZIP+4 | 820 N. FRENCH STREET WILMINGTON DE |

PS Form 3800, August 2006    See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: 07CV838 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.65 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |

Postmark RODNEY SQ STA WILMINGTON DE 19801 JAN 31 2008

Sent To: Warden Raphael Williams, H.R.Y.C.I
Street, Apt. No.; or PO Box No.: 1301 E. 12th Street
City, State, ZIP+4: Wilmington, DE 19801

PS Form 3800, June 2002                See Reverse for Instructions

7005 1820 0004 3169 5443