SS



FILED

FEB – 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## United States District Court
### For the District of Delaware

scanned

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _07CV838-SLR_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

O7-838-SLR

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | FEB 01 2008<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 2680 0003 3006 5942 |

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540