United States District Court
For the District of Delaware



FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SS

Acknowledgement of Service Form  scanned
For Service By Return Receipt

Civil Action No. O7CV838-SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

07-838-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Scott  2/4/08 |
| 1. Article Addressed to:<br>Warden Raphael Williams<br>H.R.Y.C.I.<br>1301 E. 12th Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>FEB 04 2008<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3169 4343 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |