Michael Yost
323984



Case # 1:07-cv-838
Date 2-12-08

To Honorable, Sue L. Robinson

I writing with true and correct dockets, to express I've exhausted all state remedies. I Superior court return Motions 35A Illegal sentence, saying I Never Foward a copy to Attorney General which I did, and they said I never sign my name which you can see is on the Motion, my Motion is in writen Pro Se and is in Motion Form; Also I writen my Rule 61 Postconviction Pro se in the same form as a Motion For Rule 61, with a extra paper because I needed more room, I believe this show that the Judge Mary Johnston is showing prejudice because my motions are writen in English And she still refuses to

Acknowledge pending motion Dated back till Dec. 5th 2007

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | } | |
| | } | I.D 0608025346 |
| V. | } | VN06-09-087301 |
| | } | |
| Michael Yost | } | Date Received: January 23, 2008 |
| | } | |
| | } | |

Notice of Noncompliance

This will acknowledge receipt of your application for postconviction remedy. It has been recorded as received on the date indicated above. However, it is being returned to you because it does not comply with Superior Court Criminal Rule 61. See Super.Ct.Crim.R.61(C)(1). The reason for its return is as follows:

\_\_\_  The remedy afforded by Rule 61 may not be sought by a petition for habeas corpus or in any manner other than as provided in Rule 61. See Rule 61(a)(2).

_X_  You must use the attached form. See Super.Ct.Crim.R.61(b)(1).

\_\_\_  Your motion seeks relief from convictions entered at different times. See Super.Ct.Crim.R.61(b)(3).

\_\_\_  Your motion may not be filed until the time for taking an appeal from the judgment of conviction has expired or, if an appeal is taken, until the record has been returned to this court upon the completion of the appeal. See Super.Ct.Crim.R.61(b)(4).

\_\_\_  Other:_____

1/28/08
Date 01/23/2008
NNCR61.FRM

IT IS SO ORDERED

Judge Mary M. Johnston

SUPERIOR COURT
OF THE
STATE OF DELAWARE

SHARON D. AGNEW
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE 19801-3746
(302) 255-0800

## MEMORANDUM

NAME: _Yost, Michael E._

DATE RECEIVED: _01-23-08_

DATE: _01-29-08_

The Court has received your correspondence (letter or motion) requesting modification and/or reduction of your sentence.

Superior Court Criminal Rules of Procedure require that this correspondence (letter or motion) be served upon the Attorney General. Therefore, your correspondence is being returned to you.

You may resubmit your correspondence (letter or motion), but you must first serve it upon the Attorney General. If you resubmit your correspondence, it must contain a certificate of service upon the Attorney General. A sample certificate of service is attached. *You must sign both the certificate of service and the motion itself. It is invalid without your signature.*

Also enclosed is a copy of the proper form to be used when submitting Motions for Modification and/or Reduction of Sentence. You may use this form to refile your motion. If you decide to resubmit your motion, make sure you resubmit your original letter/motion (enclosed) with the VOIDED time stamp from the Prothonotary's Office to ensure your motion is considered filed within the 90-day deadline.

IN The Superior court and IN For
New Castle County

Michael Yost Jr.
SBI 323984

v

State of Delaware

Case IN09-0873
0608025346
Violation #
VN06-09-873-01

FILED
PROTHONOTARY
2008 JAN 23 AM 10: 27

VOID

Motion For illegal Sentence

35, A

1 Judge Mary Johnston sentencing Judge
Date Sentence Feb 1st 2007 orignal
Case: Violation Date 3-20-07 "level 4
Ground 1. Illegal Dention
Orignal order, I was sentence Feb 1st 2007
To 3 years level 5 suspended After 6 months
level 4 Homeconfinement Hold At level 3

Fact I was incarcerated From Oct 15th 2006 until
release Feb. 3rd 2007 Never credited level 5
time toward Sentence., what Makes
this illegal is.
Ground  VN06-09-873-01
3-20-07 resentence to whole 3 years sentence
3 years suspended For 90 days level 5, Follow
by 6 months level 4 Hold at level 5 For level 4
Reimposed without Acknowledgement of

②

Previous level 5 time credited From Oct 15th 2006 till Feb. 3rd 2007 which Now makes this a illegal sentence, At Time of sentencing I Never owe Department of Correction 3 years.

Ground 2 Double Jeopardy. As to case 0608 25346
I was gaving the sentence of 3 years level 5 twice once Feb. 1st 2006 Than 3-20-07 For same offense. IF credit time From Oct 15th 2006 till Feb 1st 2007 I wouldn't owe 3 years again it would been less. Cause All level 5 counts towards sentence

VN06-09-0873-01
Double Jeopardy As to case 0608025346 I was 3-20-07 to 3 years level 5 suspended For 90 days level 5 Follow by 6 month level 4 hold at level 5, 90 days ended June 4th 2007, H.R.Y.C I Release's me in error of sentence of the violation, but to orignal ordered (Hold At level 3 For level 4) I should of been held At (level 5 For level 4) This is what interrupted the violation sentence, Now return to D.O.C June 21st 2007 For pending case, New Charges pick up upon arrest, D.O.C Never contacted level 4 officals D.O.C. In fact reinposed the Judges order without New and correct order which is without Merit. And is a illegal sentence because they were in error For the release And wrong sentencing work sheet issue to level 4. Plummer, should of Been violated.

Ground ③

Violation of Due Process, Procedural Default

Being D.O.C. release me by error 6-4-07 interrupt sentence and in fact picked up new charges upon arrest (Deem proper court procedural to take place on the interrupted sentence, which should of been violated by law, Procedural Default, Admin. Warrant level 4 Bail hearing V.O.P. sentenceing. Sentence reinposed by Judges orders.

Ground ④

Ineffective Assitance of counsel
Feb 1st 2007
Raymond Raluliski Never ask the Judge to credit from oct 15th till Feb 1st 2007 Counsel was fully aware of this issue, However didnt acknowledge, or Mention in open court

Relief Sought

Correction of sentence and release from - Level 5 custody, and probation Dismiss Beings I'm serving level 4 probation at level 5, or whatever the court feels appropriate,

I Michael Yost Jr. swear under penalty of perjury that All is trueful' in this 35 A illegal sentence.

*Michael Yost*
323984
P.O. Box 9561
Wilmington Delaware
19809



Michael Yost
SCCC 323484
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

US District court Baggs
Federal Court Building
844 King st   Lockbox 18
Wilmington Delaware  19801