Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

☒ INMATE UNKNOWN
☐ INMATE RELEASED
☐ CORRESPONDENCE REFUSED
☐ NO ___ AT THIS ___
☐ ENCLOSURE UNAUTH___

C:A07-838SLR

**FILED**
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BC: 19899001810    *1827-08645-04-18

NIXIE     197    JU 1    00 04/04/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

19899@0018

## Other Orders/Judgments

1:07-cv-00838-SLR Yost v. Williams et al
HABEAS, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 3/31/2008 at 12:19 PM EDT and filed on 3/31/2008
**Case Name:** Yost v. Williams et al
**Case Number:** 1:07-cv-838
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re [13] First MOTION for Extension of Time to File Answer** *To Include April 14, 2008* **filed by Raphael Williams, Attorney General of the State of Delaware, Set/Reset Answer Deadlines: Raphael Williams answer due 4/14/2008; Attorney General of the State of Delaware answer due 4/14/2008. Signed by Judge Sue L. Robinson on 3/31/2008. (nfn)**

**1:07-cv-838 Notice has been electronically mailed to:**

Kevin Michael Carroll  Kevin.Carroll@state.de.us

**1:07-cv-838 Notice has been delivered by other means to:**

Michael E. Yost
SBI# 323984
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809