# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL YOST,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**RAPHAEL WILLIAMS**, Warden )<br>and **JOSEPH R. BIDEN, III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 07-838-SLR |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on April 14, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Michael Yost
    381 College Road
    Dover, DE 19901

    /s/ Kevin M. Carroll
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4836
    Kevin.Carroll@state.de.us

Date:  April 14, 2008