

**Other Orders/Judgments**
1:07-cv-00838-SLR Yost v. Williams et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 4/18/2008 at 9:26 AM EDT and filed on 4/18/2008
**Case Name:**     Yost v. Williams et al
**Case Number:**   1:07-cv-838
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re [15] Second MOTION for Extension of Time to File Answer** *Until May 15, 2008* **filed by Raphael Williams, Attorney General of the State of Delaware, Set/Reset Answer Deadlines: Raphael Williams answer due 5/15/2008; Attorney General of the State of Delaware answer due 5/15/2008. Signed by Judge Sue L. Robinson on 4/18/2008. (nfn)**

**1:07-cv-838 Notice has been electronically mailed to:**

Kevin Michael Carroll  Kevin.Carroll@state.de.us

**1:07-cv-838 Notice has been delivered by other means to:**

Michael E. Yost
Michael E. Yost, Pro Se
381 College Road
Dover, DE 19901