## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL YOST,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-838-SLR |
| ) | |
| **RAPHAEL WILLIAMS**, Warden ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF FILING OF CERTIFIED STATE COURT RECORDS

Notice is hereby given that the following documents have been filed and are available in paper form only:

    a. Docket Sheet for Delaware Superior Court Case No. 0703011254

    b. Sentencing Order for Case No. 0703011254.

    c. Docket Sheet for Delaware Superior Court Case No. 0608025346

    d. Sentencing Order for Case No. 0608025346

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: May 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on May 15, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Michael Yost
    381 College Road
    Dover, DE 19901

    /s/ Kevin M. Carroll
    Deputy Attorney General

Date: May 15, 2008