## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL YOST, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-838-SLR |
| | ) |
| RAPHAEL WILLIAMS, Warden, | ) |
| and JOSEPH R. BIDEN, III, | ) |
| Attorney General of the State | ) |
| of Delaware, | ) |
| | ) |
| Respondents. | ) |

## ORDER

For the reasons set forth in the memorandum opinion issued this date, IT IS

HEREBY ORDERED that:

1. Petitioner Michael Yost's application for a writ of habeas corpus pursuant to

28 U.S.C. § 2254 is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. §

2253(c)(2).

Dated: August 12, 2008

UNITED STATES DISTRICT JUDGE