Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

**FILED**

AUG 2 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

07-838 SLR

NIXIE           197    4C  1         25  08/24/08
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 19801357018     *1127-00018-20-45

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL YOST, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-838-SLR |
| ) | |
| RAPHAEL WILLIAMS, Warden, ) | |
| and JOSEPH R. BIDEN, III, ) | |
| Attorney General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

Michael Yost. Pro se petitioner.

Kevin M. Carroll, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Counsel for respondents.

**MEMORANDUM OPINION**

August 12, 2008
Wilmington, Delaware